# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

THOMAS P. LEACH, JR.,

           Petitioner,

    -vs-

WARDEN, Hocking Correctional Facility,

           Respondent.

:

:

:

Case No. 1:09-cv-116

Chief Judge Susan J. Dlott
Magistrate Judge Michael R. Merz

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #28) , to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition is DISMISSED with prejudice. Petitioner is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

June **16**, 2010.

_____
Chief Judge Susan J. Dlott
United States District Court